## LEE et al., Appellants, v. CORN et al., Respondents.

### (City Court of New York, General Term. December 8, 1893.)

Action by William H. Lee and others against Meyer Corn and others.

Argued before EHRLICH, C. J., and NEWBURGER and McCARTHY, JJ.

J. Baptist Marshall, (J. D. Hallen, of counsel,) for appellants.

Paul Wilcox, (B. Lewinson, of counsel,) for respondents.

EHRLICH, C. J. When this case was at a previous general term, (21 N. Y. Supp. 1073; 22 N. Y. Supp. 1130,) the law controlling it was laid down, and this seems to have been followed by the learned trial judge, as authority for dismissing the complaint. We find no error in the disposition made. The confession of judgment was never canceled of record, but kept alive. Under such circumstances, the election made was binding, and the plaintiffs are not in a position to recall it. The exceptions will be overruled, and judgment ordered for defendant, with costs and costs of appeal. The motion for an extra allowance will be granted, and 5 per cent. awarded. All concur.

---

## LOMBARD, Respondent, v. BROOKLYN CITY R. CO., Appellant.

### (City Court of Brooklyn, General Term. December 26, 1893.)

Action by Frances F. Lombard against the Brooklyn City Railroad Company.

Morris & Whitehouse, for appellant.

Thos. E. Pearsall, for respondent.

PER CURIAM. The defendant in this case conceded its liability, and its counsel seeks a new trial only on the ground that the damages fixed by the jury were excessive. We have carefully examined the appellant's brief and the printed record, and conclude that we should not set aside the verdict, as it does not appear from the evidence to have been the result of sympathy or prejudice. Judgment and order denying new trial affirmed, with costs.